Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, Ca 95926
530.895.3252

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | Case No. CIV.S-07-02623-GEB -JFM |
| Plaintiff, | |
| vs. | **Substitution of Attorneys and [Proposed] Order Thereon** |
| HOME DEPOT U.S.A., INC. dba HOME DEPOT #1003; HD DEVELOPMENT of MARYLAND, INC. dba HD PROPERTIES of MARYLAND, | |
| Defendants. | |
| _____ | |

*Dodson v. Home Depot U.S.A. , Inc., et al.*  CIV.S-07-02623-GEB -JFM
Substitution of Attorneys and [Proposed] Order Thereon

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff, ROBERT DODSON, hereby substitutes the DISABLED ADVOCACY GROUP, APLC, 12 Williamsburg Lane, Chico, California 95926, telephone number (530) 895-3252, facsimile (530) 894-8244, email address usdceast@hubslaw.com, as attorneys of record in place and stead of THE LAW OFFICES OF LYNN HUBBARD.

I consent to the substitution.
Dated: January 14, 2008

                */s/ Robert Dodson*
                ROBERT DODSON

I consent to the substitution.
Dated: January 14, 2008   LAW OFFICES OF LYNN HUBBARD

                */s/ Lynn Hubbard, III*
                LYNN HUBBARD, III

I consent to the substitution.
Dated: January 14, 2008   DISABLED ADVOCACY GROUP, APLC

                */s/ Lynn Hubbard, III*
                LYNN HUBBARD, III

## **ORDER**

IT IS SO ORDERED.

Dated: February 5, 2008

                GARLAND E. BURRELL, JR.
                United States District Judge

*Dodson v. Home Depot U.S.A., Inc., et al.*   CIV.S-07-02623-GEB -JFM
Substitution of Attorneys and [Proposed] Order Thereon

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com