Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
ROBERT DODSON

MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Tel: (916) 442-1111
Fax: (916) 448-1709
KoenigsbergM@gtlaw.com

Attorneys for Defendants
HOME DEPOT U.S.A., INC. dba HOME
DEPOT #1003; and HD DEVELOPMENT
OF MARYLAND, INC. dba HD
PROPERTIES OF MARYLAND

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>HOME DEPOT U.S.A., INC., et al.<br><br>　　　Defendants. | Case No. CIV.S 07-2623-GEB-JFM<br><br>**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINES**<br><br>TRIAL: February 9, 2010 |

1    Plaintiff Robert Dodson and defendants Home Depot USA, Inc. and HD
2 Development of Maryland, Inc., by and through their respective counsel, hereby
3 jointly stipulate and request that the Court grant a 28-day continuance of the
4 scheduled expert witness and rebuttal expert witness disclosure currently set for
5 February 13, 2009 and March 13, 2009, respectively, based on the following good
6 cause:
7    1.    On December 6, 2007, plaintiff filed his action seeking
8 modifications to Home Depot store number 1003 on Meadowview Road in
9 Sacramento, California to improve disabled access, as well as seeking damages
10 and attorney's fees, litigation expenses, and costs.
11    2.    The parties are working cooperatively toward resolving this case
12 informally without having to spend time and resources on otherwise unnecessary
13 discovery and expert witnesses.
14    3.    While the parties have been cooperating in good faith to resolve this
15 matter, the expert witness exchange looms at February 13, 2008, and the rebuttal
16 expert witness exchange is set for March 13, 2008.  Obligating the parties to have
17 their experts finalize opinions and prepare reports at this time would significantly
18 increase the cost of the case without increasing the likelihood of settlement, which
19 the parties are working towards in the absence of formal discovery procedures.
20    4.    The parties therefore jointly request that the court grant a
21 continuance of the expert witness disclosure deadline for a period of 28 days from
22 February 13, 2009 to March 13, 2009, and the rebuttal expert witness disclosure
23 deadline for a period of 28 days from March 13, 2009 to April 10, 2009, to allow
24 the parties an opportunity to negotiate further the resolution of plaintiffs' claims.
25    5.    A continuance of these deadlines will not affect any of the other
26 deadlines in this case, as discovery cut-off is not until July 14, 2009, and the last
27 day to hear motions is September 14, 2009.  Trial of this matter is not until
28 February 9, 2010.

1    **NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

2    The expert witness disclosure deadline be extended for a period of 28 days from February 13, 2009 to March 13, 2009, and the rebuttal expert witness disclosure deadline for a period of 28 days from March 13, 2009 to April 10, 2009. All other previously scheduled dates in this matter are to remain unchanged.

   **SO STIPULATED:**

Dated: February 9, 2009      DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard
LYNN HUBBARD, III
Attorney for Plaintiff Robert Dodson

Dated: February 6, 2009      GREENBERG TRAURIG LLP

/s/ Marc B. Koenigsberg
MARC B. KOENIGSBERG
Attorney for Defendants Home Depot U.S.A.
Inc. and HD Development of Maryland, Inc.

## ORDER

**IT IS SO ORDERED.**

The expert witness disclosure deadline for a period of 28 days is continued from February 13, 2009 to March 13, 2009, and the rebuttal expert witness disclosure deadline is continued for a period of 28 days from March 13, 2009 to April 10, 2009.

Dated: February 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge