LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff ROBERT DODSON

MARC B. KOENIGSBERG, SBN 204265
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Defendants
HOME DEPOT USA, INC., dba
HOME DEPOT #1003 and HD
DEVELOPMENT OF MARYLAND,
INC. dba HD PROPERTIES OF
MARYLAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., dba HOME DEPOT #1003 and HD DEVELOPMENT OF MARYLAND, INC. dba HD PROPERTIES OF MARYLAND,<br><br>    Defendants.<br>_____/ | Case No. 2:07-CV-02623-JAM-JFM<br><br>JOINT STIPULATION FOR DISMISSAL and ORDER THEREON |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, HOME DEPOT USA, INC., dba HOME DEPOT #1003 and HD DEVELOPMENT OF MARYLAND, INC. dba HD PROPERTIES OF MARYLAND, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  October 26, 2010          /s/ Lynn Hubbard III
                                  LYNN HUBBARD III
                                  Attorney for Plaintiff ROBERT  DODSON


Dated: October 26, 2010           GREENBERG TRAURIG, LLP

                                  /s/ Marc B. Koenigsberg
                                  MARC B. KOENIGSBERG
                                  Attorney for Defendants HOME DEPOT USA,
                                  INC., dba HOME DEPOT #1003 and HD
                                  DEVELOPMENT OF MARYLAND, INC. dba
                                  HD PROPERTIES OF MARYLAND


## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:07-cv-02623-JAM-JFM, is hereby dismissed with prejudice.


Dated:  November 3, 2010          /s/ John A. Mendez
                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com